### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| The United States of America<br>*Ex Rel.* Stephen Hamilton, Stefan P.<br>Kruszewski, and John Doe,<br><br>        Plaintiff,<br><br>    v.<br><br>Sanofi S.A.<br><br>        Defendant. | Civil Action No.: 1:12-cv-10321-RGS<br><br>(Stearns, J.) |

### **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Relators Stephen Hamilton, Stefan P. Kruszewski, and John Doe, by and through their undersigned counsel, hereby move this honorable court to dismiss the above captioned case without prejudice.

Respectfully submitted,

| | |
|---|---|
| ___/s/ Joseph Laferrera_____<br>Joseph J. Laferrera (BBO #564572)<br>Attorney for Relators Stephen Hamilton,<br>Stefan P. Kruszewski, and John Doe<br>Gesmer Updegrove LLP<br>40 Broad Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 350-6800<br>Facsimile: (617) 350-6878<br>Joe.Laferrera@gesmer.com | ____/s/ Nancy M. Cremins_____<br>Nancy M. Cremins (BBO #658932)<br>Attorney for Relators Stephen Hamilton,<br>Stefan P. Kruszewski, and John Doe<br>Gesmer Updegrove LLP<br>40 Broad Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 350-6800<br>Facsimile: (617) 350-6878<br>Nancy.Cremins@gesmer.com |

823278.1

| | |
|---|---|
| */s/ Shanlon Wu* | */s/ Julie Grohovsky* |
| Shanlon Wu (D.C. Bar No. 422910) | Julie Grohovsky (D.C. Bar No. 412566) |
| Attorney for Relators Stephen Hamilton, Stefan P. Kruszewski, and John Doe | Attorney for Relators Stephen Hamilton, Stefan P. Kruszewski, and John Doe |
| Wu, Grohovsky & Whipple, P.L.L.C. | Wu, Grohovsky & Whipple, P.L.L.C. |
| 1300 Pennsylvania Ave., N.W., Suite 700 | 1300 Pennsylvania Ave., N.W., Suite 700 |
| Ronald Reagan Bldg. & Intl. Trade Ctr. | Ronald Reagan Bldg. & Intl. Trade Ctr. |
| Washington, D.C.  20004 | Washington, D.C.  20004 |
| 202-204-3053 | 202-204-3053 |
| swu@dcwhitecollar.com | jgrohovsky@dcwhitecollar.com |

823278.1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of October, 2013, I served a true and correct copy of the foregoing *Notice of Voluntary Dismissal* with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Brian Perez-Daple
>Assistant U.S. Attorney
>1 Courthouse Way, Suite 2300
>Boston, Massachusetts 02210
>
>Counsel for the United States

Respectfully submitted,

| | |
|---|---|
| ___/s/ Joseph Laferrera_____ | ___/s/ Adrienne Johns_____ |
| Joseph J. Laferrera (BBO #564572) | Adrienne E. Johns (BBO #682272) |
| Attorney for Relators Stephen Hamilton, Stefan P. Kruszewski, and John Doe | Attorney for Relators Stephen Hamilton, Stefan P. Kruszewski, and John Doe |
| Gesmer Updegrove LLP | Gesmer Updegrove LLP |
| 40 Broad Street | 40 Broad Street |
| Boston, Massachusetts 02109 | Boston, Massachusetts 02109 |
| Telephone: (617) 350-6800 | Telephone: (617) 350-6800 |
| Facsimile: (617) 350-6878 | Facsimile: (617) 350-6878 |
| Joe.Laferrera@gesmer.com | Adrienne.Johns@gesmer.com |